UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMON R JOHNSON,<br><br>                              Plaintiff,<br>       v.<br><br>NEVADA DEPT OF CORRECTIONS, *et al.*,<br><br>                              Defendants. | Case No.  2:21-cv-00307-RFB-VCF<br><br>ORDER |

**I.     DISCUSSION**

This action is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by an individual who formerly was in the custody of the Nevada Department of Corrections. Plaintiff previously submitted applications to proceed *in forma pauperis* for prisoners. (ECF Nos. 1, 3).  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.  This action will not proceed unless and until this matter is resolved. The Court cautions Plaintiff that filing an application to proceed *in forma pauperis* for non-prisoners in a different case will <u>not</u> be sufficient to comply with this order.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 3) are DENIED as moot.

1

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 9th day of June 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2